**GLENDORA, Plaintiff–Appellant,**

v.

**John M. WALKER; Roseann B. Mackechne; Tynetta Hope; Helena M. Harris; Thomas F. Hogan; Denise Kelley; Kevin Smith; Joseph N. Alexander, Jr.; Colleen Kollar Kotelly; Nancy M. Mayer Whittington; Mary M. Schroeder; Cathy A. Catterson; Gwen Baptiste; Karen Murphy; Chief Clerk, Nassau Supreme Court; Motion Clerk; Intake Clerk; John P. D'Blasi; Barry Skwierski; Gerald Stern; Lee Kiklier; Albert Lawrence; New York State Commission on Judicial Conduct; City of New York; Department of Finance; Commissioner of Finance; Bureau of Parking Violations, Defendants–Appellees.**

No. 02–2049.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 19, 2002.

Glendora, Appellant Pro Se.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Glendora seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on her 42 U.S.C. §§ 1983, 1985 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal as frivolous on the reasoning of the district court. *See Glendora v. Walker*, No. CA–02–471 (S.D.W.Va. Aug. 13, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*